UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NORTH TEXAS CIRCUIT BOARD COMPANY, INC., G.D. HOLDINGS, INC., DYNACO CORPORATION, AND QUICK TURN CIRCUITS, INC. | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:15-CV-02614-N |
| v. | § § | JURY |
| NORTHFIELD INSURANCE COMPANY AND SCOTT KORFHAGE, | § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Plaintiffs North Texas Circuit Board Company, Inc., G.D. Holdings, Inc., Dynaco Corporation and Quick Turn Circuits, Inc. ("Plaintiffs") and Defendant Northfield Insurance Company and Scott Korfhage ("Defendants") file this Stipulation of Dismissal:

1. Plaintiffs and Defendants have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were asserted by Plaintiffs against Defendants should be dismissed with prejudice, with costs borne by the party incurring same.

2. The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal With Prejudice to the Court for entry.

Respectfully submitted,

*/s/ Hunter M. Klein*  (with permission)
ROBERT D. GREEN
Texas Bar No. 08368025
HUNTER M. KLEIN
Texas Bar No. 24082117
**ROBERT D. GREEN & ASSOCIATES, P.C.**
440 Louisiana Street, Suite 1930
Houston, Texas 77002
(713) 654-9222 (Telephone)
(713) 654-2155 (Facsimile)
green@greentriallaw.com
klein@greentriallaw.com

DANIEL P. BARTON
Texas Bar No. 00789774
RYAN K. HAUN
Texas Bar No. 24055634
**BARTON LAW FIRM**
1201 Shepherd Drive
Houston, Texas 77007
(713) 227-4747 (Telephone)
(713) 621-5900 (Facsimile)
dbarton@bartonlawgroup.com
rhaun@bartonlawgroup.com

**ATTORNEYS FOR PLAINTIFFS**


*/s/ Marcie L. Schout*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been furnished to Plaintiff's counsel of record, via ECF, in accordance with the Federal Rules of Civil Procedure, this 21st day of December, 2015.

Daniel P. Barton                Robert D. Green
Ryan K. Haun                   Hunter M. Klein
1201 Shepherd Drive            440 Louisiana Street, Suite 1930
Houston, Texas 77007           Houston, Texas 77002

　　　　　　　　　　　　　　　  */s/ Marcie L. Schout*
　　　　　　　　　　　　　　　   Marcie L. Schout